DELBERT RUSSELL, Respondent, v. LEHIGH VALLEY RAILROAD COMPANY, Appellant.— Judgment and order reversed on the facts on the ground that the amount of the verdict is against the weight of the evidence and excessive, and new trial granted, with costs to the appellant to abide the event, unless the plaintiff stipulates to reduce the verdict to $25,000, in which event the judgment is so modified and as modified the judgment and order are affirmed, without costs. Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ., concur.

SAMUEL MURPHY, Respondent, v. DELAWARE, LACKAWANNA AND WESTERN RAILROAD COMPANY, Appellant, Impleaded with Another, Defendant.— Judgment and orders unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.

MATTHEW A. HEERAN, Appellant, v. CLARENCE A. McNALLY, as Mayor of the City of Rensselaer, and Others, Respondents.— Judgment reversed on the law, with costs, and judgment granted to the plaintiff in accordance with the relief demanded in the complaint, with costs, on the authority of Matter of Heeran v. Scully (229 App. Div. 822; affd., 254 N. Y. 344). Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ., concur. [136 Misc. 851.]

HARRIS MANDELBAUM, Respondent, v. BROADWAY MOTORS BUILDING CORPORATION and MAX N. NATANSON, Appellants, Impleaded with NORMAR REAL ESTATE CORPORATION and Others, Defendants.— Order reversed on the law and the facts, with ten dollars costs and disbursements, without prejudice to the plaintiff's right to make another motion for the same relief, on the ground that the affidavits do not state sufficient facts to justify an order for examination of defendants to enable plaintiff to frame a complaint. Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ., concur.

REON LEE BOWEN, Appellant, v. CITY OF SCHENECTADY and Others, Respondents.— Judgment and orders unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ. [136 Misc. 307.]